(43 South. 309.)

No. 15,462.

**BOARD OF LIQUIDATION OF CITY DEBT v. CITY OF NEW ORLEANS.**

(Feb. 12, 1906.)

MUNICIPAL CORPORATIONS—PROPERTY—PUBLIC USE—SALE.

The issues being the same as in other cases in which decisions were handed down this day, the same disposition is made of this case.

(Syllabus by the Court.)

Appeal from Civil District Court, Parish of Orleans; Walter Byers Sommerville, Judge.

Action by the board of liquidation of the city debt against the city of New Orleans. Judgment for plaintiff, and defendant appeals. Case stricken from docket.

Samuel Louis Gilmore, City Atty., and Henry Garland Dupré, Asst. City Atty., for appellant. Miller, Dufour & Dufour, for appellee.

BREAUX, C. J. The issues here have been disposed of by the decision handed down this day in the case having the same title. 43 South. 307, ante, p. 712.

It only remains for us to have it taken from the docket.

The decisions rendered sustain the action here.

The case is therefore disposed of by having it stricken from the docket.

It is so ordered.